IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STEAMATIC CHICAGO SOUTH & WEST, INC., d//b/a BROUWER BROTHERS STEAMATIC, | ) ) ) ) |
| Plaintiff, Counter-Defendant, | ) ) |
| v. | ) No. 3:11-cv-00792 ) ) JUDGE HAYNES |
| THOMAS WHEELOCK, | ) MAGISTRATE BRYANT ) |
| Defendant, Counter-Plaintiff. | ) |

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures of counsel for the parties below, all matters in this case have been compromised and settled.

Accordingly, it is ordered, adjudged, and decreed that all claims brought by the parties against each other are hereby dismissed with prejudice.

Entered this the 26th day of March, 2012.

_____
JUDGE HAYNES